UNITED STATES of America,
Plaintiff–Appellee

v.

Deshawn LOMAS, also known as D., Defendant–Appellant.

No. 12–30652
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

Helina S. Dayries, Robert William Piedrahita, Esq., Assistant U.S. Attorneys, U.S. Attorney's Office, Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Deshawn Lomas, Yazoo City, MS, pro se.

---

Before KING, CLEMENT, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Deshawn Lomas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lomas has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lomas's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

